|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 25, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHEILA QUINTANA,

        Defendant.

Case No.  2:22-mj-00013-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHEILA QUINTANA ,

Case No.  2:22-mj-00013-AC   Charge 18 USC § 1349 , from custody for the following reasons:

    _____    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $  50,000.00

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on January 25, 2022 at 2:35 PM.

By: *[signature: Allison Claire]*

Magistrate Judge Allison Claire